IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES,

    V.                                          Crim. No. 1:09cr463
                                                The Hon. Anthony Trenga

Adolfo Amaya-Portillo,
    Defendant.

DEFENDANT'S MOTION TO PRECLUDE EVIDENCE
PERTAINING TO OR MENTION OF MS-13

COMES NOW, Defendant Adolfo Amaya-Portillo, by and through counsel, and moves this Court pursuant to Fed. R. Evid. 403 to preclude any mention of MS-13 to the jury or the submission of any evidence pertinent to MS-13.

Defendant's alleged membership in MS-13 is not an element of any of the crimes charged. Any probative value attached to his alleged connection to MS-13 or any alleged role of MS-13 in the charged events is more than outweighed by the undue prejudice which would flow from adducing such connection to the jury.

                                                  Respectfully Submitted,

                                                  ADOLFO AMAYA-PORTILLO
                                                  By Counsel

RICH ROSENTHAL MANITTA DZUBIN & KROEGER, LLP

    /s/
Lana M. Manitta, VSB #42994
201 N. Union St., Ste. 140
Alexandria, VA 22314
(703) 299-3440
FAX (703) 299-3441
E-mail: LMManitta@RRMDK.com

1

Counsel for Defendant

\_\_\_\_\_/s/_____
John C. Kiyonaga
526 King Street, Suite 213
Alexandria, Virginia 22314
Telephone:  (703) 739-0009
Facsimile:   (703) 836-0445
E-mail: jkiyonaga@earthlink.net
Counsel for the Defendant

Certificate of Service

  I hereby certify that on February 18, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system with consequent service on counsel for all parties.

\_\_\_\_/s/_____
John C. Kiyonaga